[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 07 2000
THOMAS K. KAHN
CLERK

No. 99-12520

D. C. Docket No. 97-00323-CIV-OC-10B

CONTINENTAL CASUALTY COMPANY,
a foreign corporation

Plaintiff-Appellee,

versus

BERNARD WENDT,

Defendant-Appellant.

Appeal from the United States District Court
for the Middle District of Florida

**(March 7, 2000)**

Before DUBINA and BLACK, Circuit Judges, and BECHTLE*, Senior District
Judge.

PER CURIAM:

Defendant-Appellant Bernard Wendt appeals the district court's grant of

summary judgment in favor of plaintiff-appellee Continental Casualty Company in

a declaratory judgment action brought by Continental seeking a declaration of rights and obligations on insurance policy(ies) issued by Continental to Defendant Thomas P. Hall.

We affirm the district court's judgment based on its well-reasoned order filed on June 29, 1999, and attached hereto as an Appendix.

**AFFIRMED.**

---

*Honorable Louis C. Bechtle, Senior U.S. District Judge for the Eastern District of Pennsylvania, sitting by designation.